IN THE UNITED STATES DISRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

**WEST VIRGINIA**
**HIGHLANDS CONSERVANCY,**

    Plaintiff.

v.                                            Civil Action No. 2:23-CV-6
                                                (JUDGE KLEEH)

**UNITED STATES FOREST**
**SERVICE, et al.,**

    Defendants.

## REPORT AND RECOMMENDATION, RECOMMENDING THAT PLAINTIFF'S MOTION TO COMPEL [ECF NO. 14] BE DENIED AS MOOT, AND ORDER CANCELLING STATUS CONFERENCE ON THE SAME

This matter is before the undersigned Magistrate Judge pursuant to a Referral Order [ECF No. 15] entered by Hon. Thomas S. Kleeh, Chief United States District Judge, on December 5, 2023. By this Referral Order, Judge Kleeh referred Plaintiff's Motion to Supplement and Complete the Administrative Record [ECF No. 14]*,* filed on December 4, 2023 to the undersigned for a hearing and entry of a Report and Recommendation as to appropriate disposition of the motion.

The undersigned scheduled a Status Conference concerning the referred motion for December 14, 2023. However, by e-mail to the undersigned's Law Clerk on December 11, 2023, counsel for Defendants advised that Defendants would supplement the administrative record with the documents which Plaintiff has requested.

Accordingly, based on the foregoing, it appears that Plaintiff's motion is moot, insofar as Defendants have agreed to provide the relief which Plaintiff sought. Thus, the undersigned respectfully **RECOMMENDS** that Plaintiff's pending motion [ECF No. 14] to compel Defendants to supplement the administrative record be **DENIED as moot**.

1

Further, it is hereby **ORDERED** that the Status Conference scheduled before the undersigned on December 14, 2023 is hereby **CANCELLED**.

Any party shall have fourteen (14) days (filing of objections) and then three days (mailing/service) from the date of the filing of this Report and Recommendation to file with the Clerk of the Court **specific written objections identifying the portions of the Report and Recommendation to which objection is made, and the basis for such objection.** A copy of such objections should also be submitted to the Honorable Thomas S. Kleeh, United States District Judge. Objections shall not exceed ten (10) typewritten pages or twenty (20) handwritten pages, including exhibits, unless accompanied by a motion for leave to exceed the page limitations, consistent with LR PL P 12.

**Failure to timely file written objections to the Report and Recommendation as set forth above shall constitute a waiver of de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals.** Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989); Thomas v. Arn, 474 U.S. 140 (1985); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).

The Clerk of the Court is **DIRECTED** to provide a copy of this Report and Recommendation and Order to any parties who appear *pro se* and all counsel of record, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**DATED**: December 11, 2023.

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE